is in the alternative. Davis v. State, 23 Tex.App. 637, 638, 5 S.W. 149; Canterberry v. State, Tex.Cr.App., 44 S.W. 522; Countryman v. State, 52 Tex.Cr.R. 23, 105 S.W. 181; Lewellen v. State, 54 Tex.Cr.R. 640, 641, 114 S.W. 1179; Harris v. State, 58 Tex.Cr.R. 523, 126 S.W. 890; Hunter v. State, 73 Tex. Cr.R. 459, 166 S.W. 164."

The judgment is reversed and the prosecution ordered dismissed.

## BARBEE v. STATE.
### No. 21112.

Court of Criminal Appeals of Texas.
June 26, 1940.

Percy Foreman, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was given six months sentence in the County Court at Law No. 2, Harris County, upon his plea of not guilty on an indictment charging theft of over $35. From that judgment he appeals.

The record is before us without statement of facts or bills of exception. All of the proceedings in the case appear to be regular and there is nothing presented for review by this court.

The judgment of the trial court is affirmed.